IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRY MATTHEWS, MIKE VANCE )<br>and ROBERT JAGGERS, )<br>)<br>    Plaintiffs, )<br>)<br>)<br>VS. )<br>)<br>)<br>MCNAIRY COUNTY, TENNESSEE and )<br>TOMMY RILEY, in his Official Capacity )<br>as Sheriff of McNairy County and )<br>Individually, )<br>)<br>    Defendants. ) | No. 03-1210-T/An |

---

ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND

---

The defendants, McNairy County, Tennessee, and McNairy County Sheriff Tommy Riley, filed a motion for summary judgment on March 14, 2005. Local Rule 7.2(a)(2) provides that a response to a motion for summary judgment must be filed within 30 days. Therefore, plaintiffs' response was due on or before April 18, 2005. See Fed. R. Civ. P. 6(a) & (e). On that date, plaintiffs filed a motion to extend the time to respond. The certificate of consultation accompanying the motion indicated the opposing counsel did not agree to the extension.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 5/9/05

49

Plaintiffs submitted a response to the motion for summary judgment on May 2, 2005, prior to any ruling on their motion for an extension of time. Nevertheless, as the defendants have filed no objection, the plaintiffs' motion to extend the time to respond is GRANTED; therefore, the Court will consider plaintiffs' May 2 response to the motion for summary judgment.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

5 May 2005
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:03-CV-01210 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Charles Fleet
FLEET LAW FIRM
P.O. Box 44
Maury City, TN 38050

T. Leigh Jones
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Stephen L. Hale
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Honorable James Todd
US DISTRICT COURT