# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division



## JUDGMENT IN A CIVIL CASE

TERRY MATTHEWS, MIKE VANCE
and ROBERT JAGGERS,

v.

MCNAIRY COUNTY, TENNESSEE and          CASE NUMBER:   1:03-1210-T/An
TOMMY RILEY, in his Official Capacity
as Sheriff of McNairy County and
Individually,

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 6/23/2005, the defendant's Motion for Summary Judgement is GRANTED and this case is hereby DISMISSED.


**APPROVED:**

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                                THOMAS M. GOULD
                                                CLERK

6/24/05        BY:     _C. Heed_
**DATE**                                         **DEPUTY CLERK**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/24/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:03-CV-01210 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Charles Fleet
FLEET LAW FIRM
P.O. Box 44
Maury City, TN 38050

Stephen L. Hale
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

T. Leigh Jones
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Honorable James Todd
US DISTRICT COURT