IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY  Pa  D.C.
05 DEC 23  AM 9: 44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| Terry Matthews, Mike Vance and Robert Jaggers,<br>　　Plaintiffs,<br><br>v.<br><br>McNairy County, Tennessee and Tommy Riley,<br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1210 T/An |

## ORDER TAXING COSTS

Defendants, McNairy County, Tennessee ("McNairy County") and Tommy Riley, the prevailing parties in the above-captioned action under Judgment entered June 24, 2005 in favor of the Defendants, filed their Bill of Costs, pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. §1920, on July 15, 2005 in the sum of $695.35, seeking reimbursement from Plaintiffs Terry Matthews, Mike Vance and Robert Jaggers for the following itemized expenses:

|   |   | Requested |
|---|---|---|
| 1. | Court Reporter and Transcript Expense | $ 655.75 |
| 2. | Exemplification and Copy Expenses | 39.60 |
|   | Total Costs submitted by Defendants | $ 695.35. |

The Clerk of Court, pursuant to Local Rule 54.1, provided written notice to counsel for all parties on August 18, 2005 that a hearing would be held by the Clerk of Court on September 1, 2005 at 10:30 AM at which counsel could appear and/or submit citations of law relevant to the issue of taxing costs in this matter. A cost assessment hearing was held as scheduled. Brandon O. Gibson, Esq. appeared on behalf of Defendants McNairy County and Tommy Riley. Plaintiffs' legal counsel did not appear on the scheduled hearing date and no written objections or citations of authority were filed in opposition to awarding costs to the Defendants.

The costs itemized in the Defendants' Bill of Costs are recoverable under 28 U.S.C. § 1920, are reasonable in amount and are fully documented. Therefore, the Clerk of Court has determined that costs should be and are hereby taxed against Plaintiffs Terry Matthews, Mike

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-23-05

58

Vance and Robert Jaggers and in favor of Defendants McNairy County and Tommy Riley in the amount of $695.35.

Pursuant to Local Rule 54.1, taxation of costs by the Clerk of Court may be reviewed by the Court upon motion, which must be served within five (5) days following the docketing of this Order.

Dated: December 20, 2005.

_____
Thomas M. Gould, Clerk of Court

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 1:03-CV-01210 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

T. Leigh Jones
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Charles Fleet
HALE-HATTON, PLLC
P.O. Box 638
Bolivar, TN 38008

Stephen L. Hale
HALE HATTON
P.O. Box 638
Bolivar, TN 38008

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT